# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) EMCASCO INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-CV-427-DES |
| (1) C AND C GROCERY AND MARKET, INC., <br> (2) DALE M. ATWOOD, <br> (3) CYNTHIA GALE ATWOOD, <br> (4) RONNIE LEE LAYMAN, JR., <br> (5) STEPHANIE K. LAYMAN, and <br> (6) DOBBERS C&C GROCERY, LLC, | ) |
| Defendants, and | ) |
| (1) C AND C GROCERY AND MARKET, INC., <br> (2) RONNIE LEE LAYMAN, JR., <br> (3) STEPHANIE K. LAYMAN, | ) |
| Third-Party Plaintiffs, | ) |
| v. | ) |
| (1) MCGREGOR INSURANCE GROUP, LLC <br> (2) HEATHER MCGREGOR | ) |
| Third-Party Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

**TO THE HONORABLE U.S. DISTRICT JUDGE:**

COME NOW Plaintiff/Counter-Defendant Emcasco Insurance Company and Defendant/Counter-Plaintiffs Ronnie Layman, Stephanie Layman, Dobbers C&C Grocery, LLC, and Third-Party Defendants McGregor Insurance Group, LLC and Heather McGregor and state that all matters in controversy between the parties in the above-entitled lawsuit have been resolved, and that the parties no longer wish to prosecute their claims in this lawsuit. Accordingly, pursuant to Federal Rule of Civil Procedure 41 (a)(l)(A)(ii), the parties hereby

jointly file this stipulation of dismissal with prejudice, which is signed by all parties that have appeared and remain in the lawsuit. Plaintiff/Counter-Defendant, Defendant/Counter-Plaintiff, and Third-Party Defendants request that the Court enter a Stipulated Order of Dismissal (attached hereto as Exhibit "1" and transmitted separately for signature by the Court, as well) dismissing all claims and causes of action of all parties with prejudice and without costs to either party.

Dated this 26th day of October, 2023.

Respectfully submitted,

*s/Emillie L. Cain*
Grant A. Fitz, OBA #19806
Emillie L. Cain, OBA #35074
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma 74103
Telephone:  918/585.2394
Facsimile:  918/585.1449
Email:  gfitz@richardsconnor.com
             ecain@richardsconnor.com

**ATTORNEYS FOR PLAINTIFF EMCASCO INSURANCE COMPANY**

*s/*
John M. Thetford, Esq.
**ATTORNEY FOR DEFENDANTS C AND C GROCERY AND MARKET, INC.; RONNIE LEE LAYMAN, JR.; STEPHANIE K. LAYMAN; AND DOBBERS C&C GROCERY, LLC**

*s/*
Bruce A. McKenna, Esq.
**ATTORNEY FOR THIRD-PARTY DEFENDANTS MCGREGOR INSURANCE GROUP, LLC AND HEATHER MCGREGOR**

jointly file this stipulation of dismissal with prejudice, which is signed by all parties that have appeared and remain in the lawsuit. Plaintiff/Counter-Defendant, Defendant/Counter-Plaintiff, and Third-Party Defendants request that the Court enter a Stipulated Order of Dismissal (attached hereto as Exhibit "A" and filed separately for signature by the Court, as well) dismissing all claims and causes of action of all parties with prejudice and without costs to either party.

Dated this _____ day of October, 2023.

Respectfully submitted,

s/
Grant A. Fitz, OBA #19806
Emillie L. Cain, OBA #35074
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma 74103
Telephone: 918/585.2394
Facsimile: 918/585.1449
Email: gfitz@richardsconnor.com
       ecain@richardsconnor.com

ATTORNEYS FOR PLAINTIFF
EMCASCO INSURANCE COMPANY

s/
John M. Thetford, Esq.
ATTORNEY FOR DEFENDANTS
C AND C GROCERY AND MARKET, INC.;
RONNIE LEE LAYMAN, JR.; STEPHANIE K.
LAYMAN; AND DOBBERS C&C GROCERY,
LLC

s/
Bruce A. McKenna, Esq.
ATTORNEY FOR THIRD-PARTY
DEFENDANTS MCGREGOR INSURANCE
GROUP, LLC AND HEATHER MCGREGOR

2

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 26th day of October, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    Mark A. Warman, Esq. – m.warman@lsh-law-firm.com
    LEVINSON SMITH & HUFFMAN

    Jennifer Ary Brown, Esq. – jary@tulsalawyer.com
    Jody R. Nathan, Esq. – jnathan@tulsalawyer.com
    FRANDEN FARRIS QUILLIN GOODNIGHT & ROBERTS

    **ATTORNEYS FOR DEFENDANTS**
    **CYNTHIA GALE ATWOOD AND DALE M. ATWOOD**

    *s/Emillie L. Cain*