**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **(1) EMCASCO INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 19-CV-427-DES** |
| | ) | |
| **(1) C AND C GROCERY AND MARKET, INC.,** | ) | |
| **(2) DALE M. ATWOOD,** | ) | |
| **(3) CYNTHIA GALE ATWOOD,** | ) | |
| **(4) RONNIE LEE LAYMAN, JR.,** | ) | |
| **(5) STEPHANIE K. LAYMAN, and** | ) | |
| **(6) DOBBERS C&C GROCERY, LLC,** | ) | |
| | ) | |
| **Defendants, and** | ) | |
| | ) | |
| **(1) C AND C GROCERY AND MARKET, INC.,** | ) | |
| **(2) RONNIE LEE LAYMAN, JR.,** | ) | |
| **(3) STEPHANIE K. LAYMAN,** | ) | |
| | ) | |
| **Third-Party Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **(1) MCGREGOR INSURANCE GROUP, LLC** | ) | |
| **(2) HEATHER MCGREGOR** | ) | |
| | ) | |
| **Third-Party Defendants.** | ) | |

## ORDER ON STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), the parties' Joint Stipulation of

Dismissal [Doc. No. 136] operates as a voluntary dismissal with prejudice of all claims of

Plaintiff EMCASCO Insurance Company and all counterclaims of Defendants Ronnie Layman,

Stephanie Layman, Dobbers C&C Grocery, LLC and Third-Party Defendants McGregor

Insurance Group, LLC and Heather McGregor upon the date of filing. This action is therefore

**DISMISSED WITH PREJUDICE**, each party bearing its own costs. This Order disposes of

2

all parties and claims.

      **IT IS SO ORDERED** this 27th day of October, 2023.

_____
D. Edward Snow
U.S. Magistrate Judge